IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRI R. LOWE, et al., | § | |
|       Plaintiffs, | § | |
| | § | |
| v. | § | Civil Case No. 3: 16-CV-2017-N-BK |
| | § | |
| WAL-MART STORES, INC., | § | |
|       Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiffs' claims are **DISMISSED**.

SO ORDERED this 23rd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE